AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SCHIAVI + COMPANY LLC DBA SCHIAVI + DATTANI and DOMINUS MULTIMANAGER FUND, LTD., Individually and on Behalf of All Others Similary Situated,<br><br>*Plaintiff(s)*<br>v.<br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, INFINITY Q VOLATILITY ALPHA FUND, L.P., INFINITY Q VOLATILITY ALPHA OFFSHORE FUND, LTD., CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, U.S. BANCORP FUND SERVICES, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP, LP, and INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>*Defendant(s)* | Civil Action No.  1:22-cv-00896 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SAMUEL H. RUDMAN
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
srudman@rgrdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Attachment A

**Trust for Advised Portfolios**
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**Infinity Q Capital
  Management, LLC**
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**Infinity Q Volatility Alpha
  Fund, L.P.**
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Infinity Q Volatility Alpha
Offshore Fund, LTD**
c/o Infinity Q Capital
  Management LLC
888 7th Avenue, 37th Floor
New York, NY  10106

**Christopher E. Kashmerick**
5150 Mountain Springs
  Ranch Road
La Verne, CA  91750

**John C. Chrystal**
567 North Starwood Drive
Aspen, CO  81611

**Albert J. Diulio, S.J.**
357 West Dickens Avenue
Chicago, IL  60614

**Harry E. Resis**
54 Forest Gate Circle
Oak Brook, IL  60523

**Russell B. Simon**
10948 Santa Clara Court
Rancho Cucamonga, CA  91737

**Steven J. Jensen**
300 West Fairy Chasm Road 100
Milwaukee, WI  53217

**James Velissaris**
70 Finch Forest Trail
Atlanta, GA  30327

**Leonard Potter**
35 Hamton Road
Scarsdale, NY  10583

**Scott Lindell**
14 Frog Rock Road
Armonk, NY  10504

**Quasar Distributors, LLC**
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**U.S. Bancorp Fund
  Services, LLC**
Registered Agent:
C T Corporation System
28 Liberty Street
New York, NY  10005

**Eisneramper LLP**
Registered Agent:
The Partnership
Attn: Charles Weinstein
750 Third Avenue
New York, NY  10017

**Bonderman Family Limited
  Partnership**
Registered Agent:
FW-Tarrant Management, LLC
301 Commerce Street, Suite 3150
Fort Worth, TX  76102

**Infinity Q Management
  Equity, LLC**
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801